IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 09-303
)
OTTO HARRIS, )
)
Defendant. )

ORDER

AND NOW, this 3rd day of May, 2011, upon consideration of Defendant's Motion for Contact Visits With His Child (document No. 114) filed in the above captioned matter on April 29, 2011, and upon further consideration of the Government's Response thereto,

IT IS HEREBY ORDERED that said Motion is DENIED, based on the positions of the Warden of the Allegheny County Jail and the United States Marshal's Service that federal inmates housed at the Allegheny County Jail should not receive contact visits due to the safety/security issues posed by such visits.

s/Alan N. Bloch
United States District Judge

ecf: Counsel of record